FILED IN OPEN COURT
ON 4-5-16 BRt
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-84-1H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MITTESH DAS | ) | |

Upon motion of the United States, and for good cause shown, it the government's motion to seal the indictment in this matter is hereby GRANTED.

SO ORDERED.

This the 5 day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE