UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　Case No: 5:16-CR-84-1H

MITTESH DAS　　　　　　　　　　ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on September 19, 2017 be turned over to Special Agent John Reinecke, Army CID to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 28 | Laptop S/N: GYZDNMY |

This 19th day of September, 2017.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____