IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:16-CR-84-1H(2)

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **ORDER** |
| **v.** | |
| **MITTESH DAS,** | |
| **Defendant.** | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 86   be sealed by the Clerk.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

THIS 29h day of   January 2018.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE